**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| TBF Parking, LLC, ) | BK Docket No. 22-00784 |
| *Debtor,* ) | Ch. 7 |
| ) | Judge Donald R. Cassling |
| ) | Trustee Catherine L. Steege |

**NOTICE OF MOTION**

TO:  See attached list

     PLEASE TAKE NOTICE that on  February 15 , 20 22 , at  9:30 AM  , I will appear before the Honorable  Cassling , or any judge sitting in that judge's place, and present the motion of  Teamsters 727 Benefit Funds  [to/ for] for Relief from Stay As to Funds in Debtor's Chase Bank Account(s) a copy of which is attached.

     **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted.  To appear and be heard on the motion, you must do the following:

     **To appear by video**, use this link:  https://www.zoomgov.com/.  Then enter the meeting ID and password.

     **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

     **Meeting ID and password.**  The meeting ID for this hearing is  161 414 7941  and the password is  619 .  The meeting ID and password can also be found on the judge's page on the court's web site.

     **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

     Respectfully Submitted:
Creditors Teamsters Local Union No. 727 Pension Fund, Teamsters Local Union No. 727 Health and Welfare Fund, the Teamsters Local Union No. 727 Legal and Educational Assistance Fund, the Parking Industry Labor Management Committee and the Trustees of their respective Boards of Trustees,

William M. Tasch
CTM LEGAL GROUP
77 W. Washington, Ste 2120      */s/William M. Tasch*
Chicago, IL 60602      One of their Attorneys
Ph. (312) 818.6730
Fx. (312) 492.4804
william.tasch@iladvocates.com
Bar No. 6304126

## CERTIFICATE OF SERVICE

I, _William M Tasch, attorney_, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on _February 4_, 20_22_, at _5:00 PM_ a.m./p.m.

*Via ECF*

**TBF Parking LLC, c/o attorney Bradley H Foreman, Law Offices Of Bradley H Foreman, P.C.**
**Email: brad@foremanlawoffice.com**

*Via U.S. First Class Mail*

Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Justin Vargas
3941 W. 56th Place
Chicago, IL 60629-4406

Kehali Mekonnen
7524 N. Claremont
Chicago, IL 60645-1576

Luther Driver
6538 S. Hoyne
Chicago, IL 60636-2564

Noah Dawit
5117 N. East River Rd.
Chicago, IL 60656-2679

Sabri Rehmoto
1699 E. Algonquin Rd.
Des Plaines, IL 60016-6631

Solomon Ragassa
5100 Mulford St.
Skokie, IL 60077-2875

Teamsters Local Union No. 727
1300 W. Higgins Rd.
Suite 111
Park Ridge, IL 60068-5764

U.S. Small Business Administration
Processing and Disbursement Center
14925 Kingsport Rd.
Fort Worth, TX 76155-2243

Bradley H Foreman
Law Offices Of Bradley H Foreman, P.C.
900 West Jackson Blvd.
Suite 7E
Chicago, IL 60607-3742

Catherine L. Steege ESQ
Jenner & Block
353 N. Clark Street
Chicago, IL 60654-5474

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027